UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JEREMY SMITH,**

   Plaintiff,

v.   No. 4:22-cv-1022-P

**ASHLYN DANIELLE BEVERAGE,**

   Defendant.

## ORDER OF DISMISSAL

By order signed November 17, 2022, the Court ordered that by December 9, 2022, Plaintiff, Jeremy Smith, either file an application to proceed *in forma pauperis* accompanied by the requisite certificate of inmate trust account or pay the $350.00 filing fee. The order cautioned that failure to comply therewith might result in the dismissal of Plaintiff's claims in this action without further notice. To date, Plaintiff has failed to comply with the November 17 order. The Court finds that no lesser sanction than dismissal for want of prosecution would be appropriate or effective. Accordingly, Plaintiff's claims in this action are **DISMISSED**.

**SO ORDERED** on this **20th day** of **December 2022.**

MARK T. PITTMAN
UNITED STATES DISTRICT JUDGE