UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JEREMY SMITH,**

   Plaintiff,

v.                                                          No. 4:22-cv-1022-P

**ASHLYN DANIELLE BEVERAGE,**

   Defendant.

## FINAL JUDGMENT

   Consistent with the order of dismissal signed this date, the claims of Plaintiff, Jeremy Smith, against Defendant, Ashlyn Danielle Beverage, in this action are **DISMISSED**.

   **SO ORDERED** on this **20th day** of **December 2022.**

_____
**MARK T. PITTMAN**
UNITED STATES DISTRICT JUDGE